1180

No. 11–6477. COLLINS v. LEDEZMA, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–6533. SCHLEIGER v. OHIO. Ct. App. Ohio, Preble County. Certiorari denied.

No. 11–7480. DEBLOIS v. HERSHBERGER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–7481. KEMPF v. HANSEN. C. A. 10th Cir. Certiorari denied.

No. 11–7486. DAVIS v. GEORGIA. C. A. D. C. Cir. Certiorari denied.

No. 11–7488. MIMMS v. FOUR UNKNOWN OFFICERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7489. PALMER v. JEFFREYS, WARDEN. Ct. App. Ohio, Ross County. Certiorari denied.

No. 11–7490. MCDONALD v. JAVOIS, CHIEF EXECUTIVE OFFICER, MISSOURI DEPARTMENT OF MENTAL HEALTH, ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–7497. WARREN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–7499. PALMER v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–7503. BEAUCHAMP v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–7504. DURBIN v. PROVINCE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–7506. FAMALARO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

